**Order entered November 29, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00935-CV

## IN THE INTEREST OF G.K., A CHILD

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-16123**

### ORDER

Before the Court is appellant's written verification he has requested preparation of the reporter's record. The requested records are of the hearings held July 30, 2020; September 23, 2020; February 26, 2021; July 26, 2021; and, October 20, 2021.

Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the record **no later than December 20, 2021**. As the clerk's record reflects appellant filed a statement of inability to afford costs on September 4, 2019 and nothing in the record reflects appellant has

been ordered to pay costs in accordance with Texas Rule of Civil Procedure 145, the record shall be filed without payment of costs.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE